United States District Court
Southern District of Texas
**ENTERED**
October 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ULA L. AMOS and ARIEL LEDET, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-00932 |
| | § | |
| RANDALL A. WALLER and | § | |
| PASCHALL TRUCK LINES, INC., | § | |
| Defendants. | § | |

**ORDER**

Having been advised that a settlement has been reached between Plaintiffs and Defendants, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **November 29, 2018,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 29th day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\932CondDism.docx  181029.1419