**LAW OFFICES OF RONALD WARDELL, P.C.**
ATTORNEYS AT LAW
5599 SAN FELIPE, SUITE 104
HOUSTON, TEXAS 77056
Telephone (713) 355-4343
Facsimile (713) 355-4242
www.WardellLawFirm.com

**RONALD WARDELL**
rwardell@wardelllawfirm.com


FILED
SEP 1 2020
David J. Bradley, Clerk of Court

August 27, 2020

ADR Deputy Clerk
P.O. Box 61010
Houston, Texas 77208-101

Re:   Cause No. 4:17-CV-00932; *Ula L. Amos & Ariel Ledet v. Randall A. Waller and Paschall Truck Lines, Inc*; In the Southern District Court of Texas, Houston Division

### MEMORANDUM OF SETTLEMENT

1.   **Names, addresses and telephone numbers of parties Plaintiffs and attorneys of record:**

     | | |
     |---|---|
     | Plaintiff: | James Andrew Jeans |
     | Represented by: | Mr. Nathan Inurria |
     | TBA No.: | 24101953 |
     | Firm Name: | Farah Law Group, PLLC |
     | Firm Address: | 1211 Hyde Park Boulevard |
     | | Houston, Texas 77006 |
     | Phone Number: | 713-529-6606 |
     | Fax Number: | 713-529-6605 |
     | Email: | nei@gflawoffices.com |

     **Names, addresses and telephone numbers of parties Defendants and attorneys of record:**

     | | |
     |---|---|
     | Defendant: | Costco Wholesale Corporation |
     | Represented by: | Mr. David W. Medack |
     | TBA No.: | 13892950 |
     | Firm Name: | Heard & Medack |
     | Firm Address: | 14100 Southwest Freeway, Suite 300 |
     | | Houston, Texas 77478 |
     | Phone Number: | 713-772-6400 |
     | Fax Number: | 713-772-6495 |
     | Email: | dmedack@heardmedackpc.com |

2. **Type of ADR used:**

   Mediated on August 13, 2020.

3. **Settlement Status:**

   Settled

4. **Fees paid to the ADR provider:**

   a. on behalf of Plaintiff Jeans -$750.00
   b. on behalf of Defendant Costco Wholesale Corporation - $750.00

   Respectfully Submitted,

   *[signature]*

   Ronald Wardell

RW/pw

cc:

*Via Email nei@gflawoffices.com*

Mr. Nathan Inurria
Farah Law Group, PLLC
1211 Hyde Park Boulevard
Houston, Texas 77006

*Via Email dmedack@heardmedackpc.com*

Mr. David W. Medack
Heard & Medack
14100 Southwest Freeway, Suite 300
Sugar Land, Texas 77478

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

## ADR MEMORANDUM TO CLERK OF COURT

James Andrew Jeans
                Plaintiff(s),

DIVISION: Houston

v.

CIVIL ACTION NO. 4:19-CV-00425

Costco Wholesale Corporation
                Defendant(s).

| ADR METHOD: | Mediation | ☑ | Arbitration | ☐ |
|---|---|---|---|---|
| | Mini-trial | ☐ | Summary Jury Trial | ☐ |

TYPE OF CASE: Premises Accident

Please check one of the following:

The case referred to ADR:   Settled ☑   or   Did Not Settle ☐

Total fees and expenses paid by the parties: $ $750.00 per party.

If no fees or expenses were charged, please check one of the following:

No ADR was necessary because case settled before the ADR Session   ☐

By an Order of the Court   ☐

By an Agreement with the parties   ☐

Please list names, addresses and telephone numbers of all parties and all counsel of record:
(*Use second sheet if necessary.*)

Please see attached.

Date: 08.27.2020

ADR Provider No.: 1391
Printed Name: Ronald Wardell, Law Offices of Ronald Wardell, P.C.
Signature: